# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148780

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CALVIN BOWMAN,
          Plaintiff-Appellant,

v

MICHIGAN HIGHER EDUCATION
ASSISTANCE AUTHORITY a/k/a
MICHIGAN GUARANTY AGENCY,
          Defendant-Appellee.

SC: 148780
COA: 313444
Ct of Claims: 12-000071-MK

_____/

      On order of the Court, the application for leave to appeal the January 14, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



t0519

Clerk